UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREEPORT MARINE SA,

               Plaintiff,

  - against -

ORAM TANKER LTD.,

               Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2007

07 Civ. 7891 (PAC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to, Deutsche Bank and Bank of America, are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein, to the Defendant, Oram Tanker Ltd.

Dated: September 20, 2007
       Southport, CT

                                        The Plaintiff,
                                        FREEPORT MARINE SA

                                        By:_____
                                        Nancy R. Peterson (NP 2871)
                                        LENNON, MURPHY & LENNON, LLC
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        Phone (212) 490-6050
                                        Fax (212) 490-6070
                                        nrp@lenmur.com

SO ORDERED:

_____ 9/21/07
U.S.D.J.